L. TANENBAUM, STRAUSS & CO., Inc., Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by L. Tanenbaum, Strauss & Co., Incorporated, against Edna Wilson and others. H. S. Hertwig, of

New York City, for appellants. H. W. Unger, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.